**Exhibit A to Short Form Complaint in** *In re: Aqueous Film-Forming Foams Products Liability Litigation* **, MDL 2873**

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name") | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Eggers, Kimberly | 7/31/1962 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 2. | Elkins, Rodney | 5/12/1984 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 3. | Ellis, Joseph | 9/25/1953 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer, Testicular Cancer, and Thyroid Disease | Counts I-XI |
| 4. | Erwin, Douglas | 9/4/1959 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 5. | Feuerstein, Kyle | 3/3/1995 | OH | Southern District of Ohio | No | Yes | No | Testicular Cancer | Counts I-XI |
| 6. | Freeze, Robert | 6/16/1950 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 7. | French, Connie | 6/19/1953 | OH | Southern District of Ohio | Yes | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 8. | Fritz Jr, John | 9/14/1947 | OH | Southern District of Ohio | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 9. | Gable, Jarrod | 2/21/1980 | OH | Southern District of Ohio | No | Yes | No | Testicular Cancer | Counts I-XI |
| 10. | Garber, Doug W | 7/5/1967 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 11. | Gordon, Warren | 10/2/1968 | OH | Southern District of Ohio | Yes | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 12. | Gormley, Jerry | 7/15/1936 | OH | Southern District of Ohio | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 13. | Haegele, Suzanne | 11/2/1980 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 14. | Hanna, Dennis | 8/21/1942 | OH | Southern District of Ohio | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 15. | Harmon, Robert | 9/12/1946 | OH | Southern District of Ohio | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 16. | Hartman, Robert | 2/22/1955 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 17. | Henderson, James | 11/23/1967 | OH | Southern District of Ohio | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 18. | Hennie, Cynthia | 6/27/1954 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 19. | Hill, Cambridge P | 1/1/1960 | OH | Southern District of Ohio | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 20. | Honaker, Allan | 2/10/1966 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 21. | Hooper, Dewey | 11/18/1961 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 22. | Horsley II, Earl | 10/18/1978 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 23. | Howard, David | 7/15/1980 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 24. | Jarmon, Doreen | 10/2/1958 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer, Liver Cancer, Thyroid Cancer | Counts I-XI |
| 25. | Johnston, Robert | 7/24/1964 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 26. | Jones, Roger D | 8/28/1947 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 27. | Kessel, James | 10/15/1953 | OH | Southern District of Ohio | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 28. | King, Michael R | 9/4/1963 | OH | Southern District of Ohio | Yes | Yes | No | Testicular Cancer | Counts I-XI |
| 29. | Kuti, Robert | 3/7/1953 | OH | Southern District of Ohio | No | Yes | No | Testicular Cancer, and Thyroid Disease | Counts I-XI |
| 30. | Lauderdale, Christopher | 10/9/1964 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 31. | Locke, Jordan | 10/29/1990 | OH | Southern District of Ohio | No | Yes | No | Testicular Cancer | Counts I-XI |
| 32. | Lopez, Christopher | 1/9/1969 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 33. | Lowe, Wilbert | 11/30/1930 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 34. | Martinez, David | 8/31/1956 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 35. | Masen, Kaela | 6/13/1982 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 36. | McLin, Kimberly | 1/2/1966 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 37. | McNemar, Nancy | 11/8/1958 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 38. | McNemar, William | 6/26/1988 | OH | Southern District of Ohio | No | Yes | No | Testicular Cancer | Counts I-XI |
| 39. | McRae, Roland H | 1/26/1958 | OH | Southern District of Ohio | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 40. | Merrill Sr, Gary | 4/23/1962 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 41. | Miller, William | 1/26/1971 | OH | Southern District of Ohio | No | Yes | No | Testicular Cancer | Counts I-XI |
| 42. | Mitchell, Brad | 2/5/1974 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 43. | Myers, Steve | 1/25/1957 | OH | Southern District of Ohio | No | Yes | No | Testicular Cancer | Counts I-XI |
| 44. | Norris Jr, Charles | 2/18/1961 | OH | Southern District of Ohio | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 45. | Odella, Carlo | 3/30/1940 | OH | Southern District of Ohio | Yes | Yes | No | Kidney Cancer, Liver Cancer, and Thyroid Disease | Counts I-XI |
| 46. | Pangle, Tonya | 6/17/1967 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 47. | Pender, Pamela | 8/29/1971 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 48. | Pflugh Sr, David | 4/16/1957 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 49. | Power, James | 3/29/1960 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 50. | Powers, Titus | 12/28/1975 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 51. | Pugh Jr, Alfonso | 2/9/1960 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 52. | Rempel, George | 3/13/1959 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 53. | Robinson, Robert | 10/11/1949 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 54. | Ross, Tina | 6/25/1963 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 55. | Rosta, Mark | 7/8/1982 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer, and Testicular Cancer | Counts I-XI |
| 56. | Royer, Michael | 3/17/1990 | OH | Southern District of Ohio | No | Yes | No | Testicular Cancer | Counts I-XI |
| 57. | Ryther, Kenneth | 2/19/1958 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 58. | Schnurman, Joanna | 12/5/1988 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 59. | Schuster, Pamela | 8/4/1949 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 60. | Sheets, Kirk A | 2/27/1960 | OH | Southern District of Ohio | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 61. | Sills, Cornelius | 9/18/1973 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 62. | Smith, Wesley | 2/17/1959 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 63. | Stepp, LillyAnne | 7/21/2003 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 64. | Stickley, Brenda | 9/1/1965 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 65. | Stout, Nicholas | 8/27/1992 | OH | Southern District of Ohio | No | Yes | No | Testicular Cancer | Counts I-XI |
| 66. | Strall, James | 2/1/1957 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 67. | Strong, Larry Lee | 9/4/1948 | OH | Southern District of Ohio | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 68. | Taylor, Kenneth | 1/9/1960 | OH | Southern District of Ohio | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 69. | Tomblin, Douglas | 4/20/1955 | OH | Southern District of Ohio | No | Yes | No | Testicular Cancer | Counts I-XI |
| 70. | Trench, Angela | 3/10/1970 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 71. | Turino, Margery | 5/17/1960 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 72. | Vaughns, Henry | 12/26/1948 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 73. | Viancourt, Timothy | 3/24/1955 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 74. | Wallace, Tommy | 12/9/1970 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 75. | Wilkes, Seymour | 11/25/1954 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 76. | Williams, Kerri | 10/9/1974 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 77. | Williams, Renee | 2/24/1972 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 78. | Willsey, Ken | 10/8/1960 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 79. | Workman, Meagan | 5/3/1986 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 80. | Ayres, Michael | 1/9/1983 | OK | Western District of Oklahoma | Yes | Yes | No | Testicular Cancer, and Ulcerative Colitis | Counts I-XI |
| 81. | Ball, Charity D | 6/4/1975 | OK | Western District of Oklahoma | No | Yes | No | Kidney Cancer | Counts I-XI |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 82. | Briggs, Wendy | 1/23/1978 | OK | Western District of Oklahoma | No | Yes | No | Kidney Cancer | Counts I-XI |
| 83. | Bryant, Richard | 12/9/1956 | OK | Western District of Oklahoma | No | Yes | No | Kidney Cancer | Counts I-XI |
| 84. | Cole, Ricky | 2/8/1968 | OK | Western District of Oklahoma | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 85. | Curtsinger Jr, Bill | 2/8/1976 | OK | Western District of Oklahoma | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 86. | Dolan Jr, John | 7/13/1986 | OK | Western District of Oklahoma | Yes | Yes | No | Testicular Cancer | Counts I-XI |
| 87. | Edwards, Kirk | 10/8/1961 | OK | Western District of Oklahoma | No | Yes | No | Kidney Cancer | Counts I-XI |
| 88. | Etter, David | 12/28/1960 | OK | Western District of Oklahoma | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 89. | Fanning, Robert | 4/1/1966 | OK | Western District of Oklahoma | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 90. | Foster, Curt | 6/13/1964 | OK | Western District of Oklahoma | No | Yes | No | Kidney Cancer | Counts I-XI |
| 91. | Foster, John | 8/18/1948 | OK | Western District of Oklahoma | Yes | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 92. | Gallardo, Junior | 10/31/1952 | OK | Western District of Oklahoma | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 93. | Goodnight, Bryan L | 12/28/1962 | OK | Western District of Oklahoma | No | Yes | No | Kidney Cancer | Counts I-XI |
| 94. | Green, Edward | 4/26/1962 | OK | Western District of Oklahoma | No | Yes | No | Kidney Cancer | Counts I-XI |
| 95. | Hill, Mark | 10/23/1957 | OK | Western District of Oklahoma | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 96. | Hurst Sr, Roger | 11/4/1963 | OK | Western District of Oklahoma | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 97. | James, Deborah | 5/13/1967 | OK | Western District of Oklahoma | No | Yes | No | Kidney Cancer | Counts I-XI |
| 98. | Johanssen, Erik | 6/1/1970 | OK | Western District of Oklahoma | No | Yes | No | Testicular Cancer | Counts I-XI |
| 99. | Jones, Lorenzo | 4/2/1956 | OK | Western District of Oklahoma | Yes | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 100. | Kibbie, Larry A | 3/2/1954 | OK | Western District of Oklahoma | Yes | Yes | No | Testicular Cancer, and Ulcerative Colitis | Counts I-XI |
| 101. | Kuder, Joshua | 8/16/1967 | OK | Western District of Oklahoma | Yes | Yes | No | Testicular Cancer | Counts I-XI |
| 102. | Lacy, Jerry | 12/29/1948 | OK | Western District of Oklahoma | No | Yes | No | Kidney Cancer | Counts I-XI |
| 103. | Ledbetter, Timothy | 12/4/1963 | OK | Western District of Oklahoma | No | Yes | No | Kidney Cancer | Counts I-XI |
| 104. | Martin, Nancy | 10/13/1975 | OK | Western District of Oklahoma | No | Yes | No | Kidney Cancer, and Ulcerative Colitis | Counts I-XI |
| 105. | McCormack, Charles | 11/13/1968 | OK | Western District of Oklahoma | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 106. | Murray, Nancy | 10/2/1957 | OK | Western District of Oklahoma | No | Yes | No | Kidney Cancer | Counts I-XI |
| 107. | Ortiz, Anthony | 9/11/1976 | OK | Western District of Oklahoma | No | Yes | No | Testicular Cancer | Counts I-XI |
| 108. | Plum, Shonna | 4/19/1990 | OK | Western District of Oklahoma | No | Yes | No | Kidney Cancer | Counts I-XI |
| 109. | Ragsdale, Doyle | 1/3/1956 | OK | Western District of Oklahoma | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 110. | Ramsey-Walls, Jennifer | 6/7/1967 | OK | Western District of Oklahoma | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 111. | Ross, Holly | 10/9/1978 | OK | Western District of Oklahoma | No | Yes | No | Kidney Cancer | Counts I-XI |
| 112. | Santamaria, Dustin | 3/8/1971 | OK | Western District of Oklahoma | No | Yes | No | Kidney Cancer | Counts I-XI |
| 113. | Seals Jr, Douglas | 1/1/1964 | OK | Western District of Oklahoma | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 114. | Sheffield, Fritz | 3/13/1963 | OK | Western District of Oklahoma | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 115. | Shirey, Ron | 9/25/1955 | OK | Western District of Oklahoma | No | Yes | No | Testicular Cancer | Counts I-XI |
| 116. | Solis, Bertha | 1/29/1979 | OK | Western District of Oklahoma | No | Yes | No | Kidney Cancer | Counts I-XI |
| 117. | Stone, Brian | 9/17/1973 | OK | Western District of Oklahoma | Yes | Yes | No | Testicular Cancer | Counts I-XI |
| 118. | Ulrickson, Gina | 9/5/1978 | OK | Western District of Oklahoma | No | Yes | No | Kidney Cancer, Thyroid Cancer, and Thyroid Disease | Counts I-XI |
| 119. | Vier, Melanie | 4/21/1968 | OK | Western District of Oklahoma | No | Yes | No | Kidney Cancer, and Liver Cancer | Counts I-XI |
| 120. | Walls, Bobby | 2/1/1957 | OK | Western District of Oklahoma | No | Yes | No | Kidney Cancer | Counts I-XI |
| 121. | Alm, Doug | 8/14/1954 | OR | District of Oregon | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 122. | Bartlett, Wyley | 1/5/1989 | OR | District of Oregon | Yes | Yes | No | Testicular Cancer | Counts I-XI |
| 123. | Christensen, Mark | 4/23/1963 | OR | District of Oregon | No | Yes | No | Kidney Cancer | Counts I-XI |
| 124. | Collins, Deloris | 9/8/1939 | OR | District of Oregon | No | Yes | No | Kidney Cancer | Counts I-XI |
| 125. | Davis, Joseph | 1/28/1988 | OR | District of Oregon | No | Yes | No | Testicular Cancer | Counts I-XI |
| 126. | Fischer, Stephen | 1/5/1955 | OR | District of Oregon | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 127. | Fleming, Grant | 4/1/1953 | OR | District of Oregon | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 128. | Flores, Martin | 4/18/1955 | OR | District of Oregon | No | Yes | No | Kidney Cancer, Ulcerative Colitis | Counts I-XI |
| 129. | Frasier, Michael | 12/21/1970 | OR | District of Oregon | No | Yes | No | Kidney Cancer | Counts I-XI |
| 130. | Fuerstenberg, James | 5/8/1957 | OR | District of Oregon | Yes | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 131. | Gann, Ronald | 11/20/1950 | OR | District of Oregon | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 132. | Grigsby, Melvin | 3/15/1944 | OR | District of Oregon | No | Yes | No | Kidney Cancer | Counts I-XI |
| 133. | Harms, Don | 5/4/1936 | OR | District of Oregon | No | Yes | No | Testicular Cancer | Counts I-XI |
| 134. | Hix, Timothy | 9/19/1961 | OR | District of Oregon | No | Yes | No | Kidney Cancer | Counts I-XI |
| 135. | Hodges, Robert | 8/20/1955 | OR | District of Oregon | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 136. | Humphrey, Charmaine | 3/5/1961 | OR | District of Oregon | No | Yes | No | Kidney Cancer | Counts I-XI |
| 137. | Humphreys, David L | 1/21/1964 | OR | District of Oregon | Yes | Yes | No | Kidney Cancer, Liver Cancer | Counts I-XI |
| 138. | Hurst, Keith | 12/8/1978 | OR | District of Oregon | No | Yes | No | Testicular Cancer, and Thyroid Disease | Counts I-XI |
| 139. | Hutton, Martin | 1/18/1965 | OR | District of Oregon | Yes | Yes | No | Testicular Cancer | Counts I-XI |
| 140. | Kelly, Jon | 7/22/1969 | OR | District of Oregon | No | Yes | No | Kidney Cancer | Counts I-XI |
| 141. | Kent-Shavers, Deandro | 3/6/1978 | OR | District of Oregon | No | Yes | No | Testicular Cancer | Counts I-XI |
| 142. | Landau, Terry | 10/22/1948 | OR | District of Oregon | No | Yes | No | Kidney Cancer | Counts I-XI |
| 143. | Lucas, Leslie | 8/18/1943 | OR | District of Oregon | Yes | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 144. | Marrs, Robert | 3/11/1967 | OR | District of Oregon | No | Yes | No | Kidney Cancer | Counts I-XI |
| 145. | McClendon, Michael | 9/27/1949 | OR | District of Oregon | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 146. | McIntosh, David | 8/28/1985 | OR | District of Oregon | No | Yes | No | Testicular Cancer | Counts I-XI |
| 147. | Neal, Brian | 11/2/1973 | OR | District of Oregon | Yes | Yes | No | Testicular Cancer | Counts I-XI |
| 148. | Poe, Shawn | 2/8/1961 | OR | District of Oregon | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 149. | Pugh, Melissa | 9/13/1963 | OR | District of Oregon | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 150. | Raazi, Darius | 1/29/1993 | OR | District of Oregon | No | Yes | No | Testicular Cancer | Counts I-XI |